No. 335. RAFFOLD PROCESS CORP. v. CASTANEA PAPER Co. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Thomas G. Haight,,Harrison F. Lyman* and *Edgar H. Kent* for petitioner. *Mr. William H. Davis* for respondent.

No. 336. THOMPSON v. KERNER, ATTORNEY GENERAL. October 17, 1938. Petition for writ of certiorari to the Appellate Court, 1st District of Illinois, denied. *Mr. James W. Breen* for petitioner. *Mr. Otto Kerner*, Attorney General of Illinois, for respondent.

No. 337. LANCASHIRE SHIPPING Co. v. DURNING, COLLECTOR OF CUSTOMS. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John W. Crandall* for petitioner. *Solicitor General Jackson, Assistant Attorney General Whitaker* and *Messrs. Warner W. Gardner* and *Henry A. Julicher* for respondent.

No. 341. MASONITE CORPORATION v. SECURITIES & EXCHANGE COMM'N. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Fletcher Lewis* and *Clarence N. Boord* for petitioner. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Messrs. Robert L. Stern, Chester T. Lane,* and *Robert E. Kline, Jr.* for respondent.

No. 345. STATE LINE & SULLIVAN RAILROAD Co. v. PHILLIPS, COLLECTOR OF INTERNAL REVENUE. October